IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN A. WILCOX                                                                                          PLAINTIFF

     v.                                    CIVIL NO. 2:23-cv-02034-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

**MEMORAMDUM OPINION**

     Plaintiff, Jonathan Wilcox, filed this action on March 13, 2023, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (ECF No. 2).  On June 14, 2023, in lieu of an answer, the Defendant filed an Unopposed Motion to Remand pursuant to sentence six of 42 U.S.C. § 405(g).  (ECF. No. 9).

     This court may remand a social security case pursuant to sentence six of 42 U.S.C. § 405(g) when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint.  42 U.S.C. § 405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993).  In the present case, the Defendant has not yet filed an answer, and we find good cause exists to support her request for remand.

     Based on the foregoing, we hereby grant the Defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). In view of the lengthy administrative proceedings Plaintiff has already completed, we direct that the Defendant expedite the administrative proceedings on remand.

     DATED this 21st day of June, 2023.

                                                        /s/ Mark E. Ford
                                                        HON. MARK E. FORD
                                                        UNITED STATES MAGISTRATE JUDGE